# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Foley, Jr. , George W. | 2. Court or Organization<br><br>U.S. District Court of Nevada | 3. Date of Report<br><br>01/23/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>333 Las Vegas Boulevard South<br>Room 3099<br>Las Vegas, Nevada 89101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr. , George W. | 01/23/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr. , George W. | 01/23/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr. , George W. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. John Hancock Large Cap Core CL I | D | Dividend | L | T | Sold (part) | 02/13/18 | K | D | |
| 2. John Hancock Large Cap Core CL I | D | Dividend | L | T | Buy (add'l) | 12/06/18 | K | | |
| 3. MFS Value CL I | C | Dividend | L | T | | | | | |
| 4. Blackrock US Opps Port Instl CL | A | Dividend | | | Sold | 02/13/18 | K | A | |
| 5. Sentinel Group Small Cap Co CL A | C | Dividend | K | T | | | | | |
| 6. Deutsche Small Cap Value CL S | B | Dividend | J | T | | | | | |
| 7. John Hancock Disciplined Value I | B | Dividend | K | T | Sold (part) | 02/13/18 | J | B | |
| 8. John Hancock Income CL I | B | Dividend | L | T | Buy (add'l) | 02/13/18 | K | | |
| 9. Principal High Yield CL P | C | Dividend | L | T | | | | | |
| 10. MFS Emerging Markets Debt CL I | A | Dividend | J | T | Buy | 02/13/18 | K | | |
| 11. MRS Emerging Markets Debt CL I | A | Dividend | | | Sold | 12/06/18 | K | A | |
| 12. Principal Mid Cap Instl CL | B | Dividend | K | T | Buy | 02/13/18 | K | | |
| 13. DWS Small Cap Core CL S | A | Dividend | J | T | | | | | |
| 14. LPL Financial (LPL) Deposit Cash Account Program | A | Interest | J | T | | | | | |
| 15. John Hancock Large Cap Core CL I | D | Dividend | K | T | Sold (part) | 03/20/18 | J | C | |
| 16. John Hancock Large Cap Core CL I | D | Dividend | K | T | Sold (part) | 04/18/18 | J | C | |
| 17. John Hancock Large Cap Core CL I | D | Dividend | K | T | Buy (add'l) | 12/06/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foley, Jr. , George W. | 01/23/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MFS Value CL 1 | B | Dividend | K | T | Sold (part) | 03/20/18 | J | C | |
| 19. MFS Value CL 1 | B | Dividend | K | T | Sold (part) | 04/18/18 | J | C | |
| 20. Blackrock US Opps Port Instl CL | B | Dividend | J | T | Sold (part) | 04/18/18 | J | A | |
| 21. MFS New Discovery 1 | C | Dividend | J | T | | | | | |
| 22. Oppenheimer Developing Markets Y | A | Dividend | J | T | | | | | |
| 23. John Hancock Disciplined Value 1 | B | Dividend | J | T | Sold (part) | 04/18/18 | J | A | |
| 24. John Hancock Income CL 1 | B | Dividend | K | T | | | | | |
| 25. Principal High Yield CL P | B | Dividend | K | T | Buy (add'l) | 04/18/18 | K | | |
| 26. MFS Emerging Markets Debt CL 1 | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 27. MFS Emerging Markets Debt | A | Dividend | | | Sold | 12/06/18 | J | A | |
| 28. MFS Intl Diversification CL 1 | A | Dividend | J | T | Buy | 03/20/18 | J | | |
| 29. LPL Financial (LPL) Deposit Cash Account (DCA) Program | A | Interest | J | T | | | | | |
| 30. Oppenheimer PS Moderate Investor A | A | Dividend | K | T | Sold (part) | 07/02/18 | J | B | |
| 31. Oppenheimer Money Market, Inc. | A | Interest | J | T | | | | | |
| 32. Ethereum | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Item listed in Part VII, page 4, line 2, MFS Value CL I is the same as referenced in my 2016 report as MFS Calue (sic) CL I.

Item listed in Part VII, page 4, line 4, Sentinel Group Small Co CL A is the same as referenced in my 2016 report as Sentinel Group SamIll (sic) Co CL A.

Item listed in Part VII, page 4, line 6, Deutsche Small Cap Value CL S changed name to DWS Small Cap Core Cl S on 2/13/2018 seen in Part VII, page 4, line 13.

Item listed in Part VII, page 4, line 14, LPL Financial (LPL) Deposit Cash Account (DCA) Program, the following additional information is provided: Under this program, available cash balances (from securities transactions, dividend and interest payments, cash deposits, and other activities) in eligible accounts are automatically deposited into interest bearing Federal Deposit Insurance Corporation (FDIC) insured deposit accounts (Deposit Accounts) at one or more of the banks or other depository institutions set forth on the DCA Available Bank List (ABL). For the item listed on line 14, cash balances were deposited in the following financial institutions during the listed months:

NEXBANK SSB - January 2018

Comenity Capital Bank - February, March, May, June, July, August, September, and October 2018.

Cit Bank NA - April 2018.

Bank OZK (formerly known as Bank of the Ozarks) - November and December 2018.

Item listed in Part VII, page 5, line 29, LPL Financial (LPL) Deposit Cash Account (DCA) Progam, the following additional information is provided: Under this program, available cash balances (from security transactions, divident and interest payments, cash deposits and other activities) in eligible accounts are automatically deposited into interest bearing Federal Deposit Insurance Corporation (FDIC) insured deposit accounts (Deposit Accounts) at one or more of the banks or other depository institutions set forth on the DCA Available Bank List (ABL). For the item listed on line 29, cash balances were deposited in the following financial institutions during the listed months:

Centennial Bank - January, March, November and December 2018.

Bank of the Ozarks - February, June and July 2018.

Comenity Capital Bank - April, May 2018.

Bank OZK (formerly known as Bank of the Ozarks) - August, September, October, 2018.

Prior to preparing this amendment, I was not aware that IRA cash assets had been deposited in this type of account or program. I am informed by my financial advisor/manager that neither he, I, or my ▮▮▮▮ had any control or discretion to determine the financial institutions in which cash assets would be deposited.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George W. Foley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544